IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HIRAM LYTCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-02450-KHV-JPO ) |
| S&W WATERPROOFING, INC., | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hiram Lytch stipulates to the dismissal with prejudice of all claims against Defendant S&W Waterproofing, Inc., in his Complaint and all claims that were or could have been asserted in the above-captioned litigation, with each party bearing its own costs and attorneys' fees. Plaintiff also authorizes Defendant to file this Stipulation of Dismissal with Prejudice with the Court.

Respectfully submitted,

Hiram Lytch
7001 E. 132nd St.
Grandview, MO 64030
Email: hiramlytch2@gmail.com
**PLAINTIFF PRO SE**

BROWN & RUPRECHT, PC

By: _____
Brian L. Palmer, KS Bar #26240
2323 Grand Blvd., Suite 1100
Kansas City, MO 64108
(816) 292-7000 Telephone
(816) 292-7050 Facsimile
Emails: bpalmer@brlawkc.com
**ATTORNEYS FOR DEFENDANT
S&W WATERPROOFING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of September, 2021, a true and correct copy of the above and foregoing was filed with the Clerk of the District Court by using the CM/ECF system, and a copy was sent via U.S. Mail and email to the following:

Hiram Lytch
7001 E. 132nd St.
Grandview, MO 64030
Email: hiramlytch2@gmail.com
**PLAINTIFF PRO SE**

_____
**Attorneys for Defendant**